# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 09/10/2025 |
| Case: 25−10926 | Form ID: definmgt | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     William D Cherny     bill@chernylaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Robert S Liszeo     603 River Bluff Drive     Carpentersville, IL 60110

TOTAL: 1